THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v VICTOR BAJANA, Also Known as VICTOR GONZALEZ, JR., Also Known as VICTOR JIMENEZ, Defendant. [951 NYS2d 402]—

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Balkin, Leventhal and Cohen, JJ., concur.